JS-6

UNITED STATES DISTRICT COURT

CENTRIAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANITA PEDRO, | ) | CASE NO. SACV14-00122 DOC (DFMx) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE [19] |
| vs. | ) | |
| CMRE Financial Services, Inc., | ) | |
| Defendants. | ) | |

The Court has reviewed the Stipulation of Plaintiff ANITA PEDRO and Defendant CMRE FINANCIAL SERVICES, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

{00024370;1}

1

[PROPOSED] ORDER

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

Each party shall bear its own costs and expenses.

**SO ORDERED:**

DATED: Nov. 14, 2014

*David O. Carter*

United States District Judge